■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v STEVEN TALLEY, Appellant. [977 NYS2d 526]—

Appeal from a judgment of the Supreme Court, Erie County (Gerald J. Whalen, J.), rendered July 11, 2011. The judgment convicted defendant, upon his plea of guilty, of attempted criminal possession of a controlled substance in the fourth degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed.

Memorandum: On appeal from a judgment convicting him upon his plea of guilty of attempted criminal possession of a controlled substance in the fourth degree (Penal Law §§ 110.00, 220.09 [1]), defendant contends that his waiver of the right to appeal is unenforceable and that his sentence is unduly harsh and severe. The record demonstrates, however, that Supreme Court "engage[d] the defendant in an adequate colloquy to ensure that the waiver of the right to appeal was a knowing and voluntary choice" (*People v Burt*, 101 AD3d 1729, 1730 [2012], *lv denied* 20 NY3d 1060 [2013] [internal quotation marks omitted]), and that defendant also signed a written waiver of the right to appeal (*see People v Pulley*, 107 AD3d 1560, 1561 [2013], *lv denied* 21 NY3d 1076 [2013]). We thus conclude that the waiver is enforceable and that defendant is thereby foreclosed from challenging the severity of his sentence (*see People v Lopez*, 6 NY3d 248, 256 [2006]; *People v Suttles*, 107 AD3d 1467, 1468 [2013], *lv denied* 21 NY3d 1046 [2013]). Present—Scudder, P.J., Smith, Peradotto, Lindley and Sconiers, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CLARENCE WILSON, Appellant. [978 NYS2d 707]—Appeal from a judgment of the Onondaga County Court (Anthony F. Aloi, J.), rendered July 2, 2010. The judgment convicted defendant, upon his plea of guilty, of robbery in the first degree, attempted robbery in the first degree and assault in the second degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Scudder, P.J., Smith, Peradotto, Lindley and Sconiers, JJ.